# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1484-MN-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1570-MN-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1733-MN-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff ImmerVision, Inc. and Defendant Apple Inc., subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in the above-referenced actions shall be extended to March 10, 2022.

| | |
|---|---|
| PANITCH SCHWARZE BELISARIO & NADEL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ John D. Simmons*<br>John D. Simmons (#5996)<br>Dennis J. Butler (#5981)<br>Wells Fargo Tower<br>2200 Concord Pike, Suite 201<br>Wilmington, DE 19803<br>Telephone: (302) 394-6030<br>Facsimile: (215) 965-1331<br>jsimmons@panitchlaw.com<br>dbutler@panitchlaw.com | By: */s/ David E. Moore*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com |
| *Attorneys for Plaintiff ImmerVision, Inc.* | *Attorneys for Defendant Apple Inc.* |

Dated: February 3, 2022
10016479/52513

      IT IS SO ORDERED, this _____ day of February ___, 2022.

                                                _____
                                                             U.S.D.J.