# EXHIBIT B

**From:** Shaun Zhang <szhang@goldmanismail.com>
**Sent:** Friday, September 23, 2022 8:53 AM
**To:** John D. Simmons; Keith Jones; Dennis Butler
**Cc:** Michael Pieja; Doug Winnard; Jennie Hartjes; Moore, David E.; Palapura, Bindu A.; Harper, Brandon R.
**Subject:** ImmerVision v Apple - Technical Production and Inspection Protocol
**Attachments:** 20220923 Proposed Inspection Protocol.docx

**External Email:** USE CAUTION.

Counsel,

We wanted to raise two issues that relate to Apple's upcoming production of core technical documents on September 30.

First, as we explained in our September 16 letter, we read Delaware law to require that ImmerVision identify its alleged trade secrets and confidential information at issue in Count II (and, if ImmerVision intends to pursue a trade secret claim at any time, Count III), before Apple produces its confidential technical information. We would appreciate understanding whether ImmerVision does, in fact, intend to provide this identification in advance of September 30. Because ImmerVision's response may impact Apple's upcoming core production, please let us know today or by September 26.

Second, the documents we have identified for Apple's core technical production include lens-definition files that require particularized software to be opened and reviewed. We intend to make these documents available for inspection and review on a computer equipped with the necessary software. Because of the extremely sensitive nature of these files, Apple views them as akin to source code and believes that similar protections are warranted. To that end, we propose that the parties agree to a protocol for inspection of these files and suggest that the parties agree to the attached proposal.

We would appreciate your availability to meet and confer early next week. Please let us know what works for you.

Best,
Shaun

**Shaun Zhang**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
P 312-881-5994 C 202-709-8329 F 312.881.5191
goldmanismail.com

GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP

The information contained in this communication is confidential and should be considered to be attorney work product and/or attorney-client privileged. This communication is the property of Goldman Ismail Tomaselli Brennan & Baum LLP and is intended only for the use of the addressee. If you are not the intended recipient, please notify the sender, delete the message, and note that any distribution or copying of this message is prohibited. Any discussion of tax matters contained herein is not intended or written to be used, and cannot be used, for the purpose of avoiding any penalties that may be imposed under federal tax laws.