# EXHIBIT D

| From: | Keith Jones |
|---|---|
| Sent: | Friday, April 21, 2023 1:35 PM |
| To: | Michael Pieja; Shaun Zhang |
| Cc: | Doug Winnard; Jennie Hartjes; Palapura, Bindu A.; Moore, David E.; Harper, Brandon R.; John D. Simmons; Dennis Butler |
| Subject: | Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple |

Michael and Shaun,

Apple's documents produced at APL-IMV_00008397-452 appear to have been withheld and instead were produced with a slip sheet reading "This document has been produced on the source code machine." Can you give us a general description of the documents and let us know where and how we can view them?

As you probably remember, we agreed to postpone discussion of how to treat source code documents (Paragraph 10.c. of the Protective Order). In order for that discussion to be fruitful, we'll need to have an idea what is in the documents so that we can determine how it makes sense to proceed.

We're happy to discuss by phone or Teams if you think that makes more sense, and our schedules are pretty open next week.

Thanks!

**Keith Jones**
Panitch Schwarze Belisario & Nadel LLP
2001 Market Street, Suite 2800 | Philadelphia, PA 19103
2200 Concord Pike, Suite 201 | Wilmington, DE 19803
215.965.1379

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you received this communication in error, please notify us immediately by email and delete the original message.