# EXHIBIT E

# Michael O'Meara

| | |
|---|---|
| **From:** | Shaun Zhang <szhang@goldmanismail.com> |
| **Sent:** | Wednesday, May 3, 2023 12:05 PM |
| **To:** | Keith Jones; Michael Pieja |
| **Cc:** | Doug Winnard; Jennie Hartjes; Palapura, Bindu A.; Moore, David E.; Harper, Brandon R.; John D. Simmons; Dennis Butler |
| **Subject:** | Re: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple |

**External Email:** USE CAUTION.

Hi Keith,

Thanks again for reaching out about this. As we noted in our March 27 production email, the gap in Bates numbers (i.e., the Bates range at issue here) was intentionally not used at this time. The slip sheets at these Bates numbers were inadvertently produced during a follow-up exchange.

For background, we have been working to identify and collect lens-design files associated with the accused Ultra Wide cameras (i.e., files viewable on Zemax OpticStudio). We had collected an initial batch of documents that we believed comprised these files, but it turned out that we were mistaken and the documents did not provide the necessary information and couldn't be loaded properly. However, those documents were automatically assigned Bates numbers by our vendor and kept in sequence while other documents were produced last month.

We are currently in the process of identifying and collecting the relevant design files for the accused lenses which will allow review on OpticStudio. We will provide a further update on this front when we are able. You will also be welcome to inspect the files that correspond to the slip sheets you asked about, but they will likely not provide helpful information.

Relatedly, given the sensitivity of the lens-design files, we believe such files should be subject to additional protections (similar to those used for source code) and produced on a secured computer. Because we had mutually decided to postpone discussion of source code production when we initially negotiated the protective order, the operative order does not include any provision for this. To that end, we will also circulate a proposed draft supplemental protective order with source code protocols for your consideration.

We're happy to discuss further by phone or Teams this week, if helpful. Just let us know.

Best,
Shaun

**Shaun Zhang**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5994   **C** 202-709-8329   **F** 312.881.5191
goldmanismail.com

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

**From:** Shaun Zhang <szhang@goldmanismail.com>
**Date:** Friday, April 28, 2023 at 1:33 PM
**To:** Keith Jones <KJones@panitchlaw.com>, Michael Pieja <MPIEJA@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>, Jennie Hartjes <jhartjes@goldmanismail.com>, Palapura,

Bindu A. <bpalapura@potteranderson.com>, Moore, David E. <dmoore@potteranderson.com>, Harper, Brandon R. <bharper@potteranderson.com>, John D. Simmons <JSimmons@panitchlaw.com>, Dennis Butler <DButler@panitchlaw.com>
**Subject:** Re: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

Hi Keith,

Thanks for bringing this to our attention. We are investigating and will get back to you early next week.

Best,
Shaun

**Shaun Zhang**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5994   **C** 202-709-8329   **F** 312.881.5191
goldmanismail.com

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

**From:** Keith Jones <KJones@panitchlaw.com>
**Date:** Friday, April 28, 2023 at 11:45 AM
**To:** Michael Pieja <MPIEJA@goldmanismail.com>, Shaun Zhang <szhang@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>, Jennie Hartjes <jhartjes@goldmanismail.com>, Palapura, Bindu A. <bpalapura@potteranderson.com>, Moore, David E. <dmoore@potteranderson.com>, Harper, Brandon R. <bharper@potteranderson.com>, John D. Simmons <JSimmons@panitchlaw.com>, Dennis Butler <DButler@panitchlaw.com>
**Subject:** RE: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

Michael and Shaun,

Just following up on my email below.

Thanks,

**Keith Jones** | Panitch Schwarze Belisario & Nadel LLP | 215.965.1379

**From:** Keith Jones
**Sent:** Friday, April 21, 2023 1:35 PM
**To:** Michael Pieja <MPIEJA@goldmanismail.com>; Shaun Zhang <szhang@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>; Jennie Hartjes <jhartjes@goldmanismail.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moore, David E. <dmoore@potteranderson.com>; Harper, Brandon R. <bharper@potteranderson.com>; John D. Simmons <JSimmons@panitchlaw.com>; Dennis Butler <dbutler@panitchlaw.com>
**Subject:** Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

Michael and Shaun,

Apple's documents produced at APL-IMV_00008397-452 appear to have been withheld and instead were produced with a slip sheet reading "This document has been produced on the source code machine."  Can you give us a general description of the documents and let us know where and how we can view them?

As you probably remember, we agreed to postpone discussion of how to treat source code documents (Paragraph 10.c. of the Protective Order).  In order for that discussion to be fruitful, we'll need to have an idea what is in the documents so that we can determine how it makes sense to proceed.

We're happy to discuss by phone or Teams if you think that makes more sense, and our schedules are pretty open next week.

Thanks!

**Keith Jones**
Panitch Schwarze Belisario & Nadel LLP
2001 Market Street, Suite 2800 | Philadelphia, PA 19103
2200 Concord Pike, Suite 201 | Wilmington, DE 19803
215.965.1379

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you received this communication in error, please notify us immediately by email and delete the original message.