*EXHIBIT A*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| IMMERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | C.A. No. 21-1484-MN-CJB |
| IMMERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | C.A. No. 21-1570-MN-CJB |
| IMMERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | C.A. No. 21-1733-MN-CJB |

**DECLARATION OF JACK FEINBERG IN SUPPORT OF
DEFENDANT APPLE INC.'S LETTER REGARDING LENS DESIGN FILES**

I, Jack Feinberg, hereby declare as follows:

1. I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the matters set forth below.

**Background and Experience**

2. I am a Professor in the Department of Physics and Astronomy at the University of Southern California in Los Angeles, California. I have been on the faculty at USC since 1981, with tenure since 1986.

3. I have been retained to serve as an independent technical expert in this matter by Apple.

4. I am being compensated for my work on this case at my standard consulting rate of $550 per hour. I am also being reimbursed for any out-of-pocket expenses I incur in relation to my work. None of my compensation depends on the outcome of this litigation or on the nature of any particular opinions I provide. I do not have any other interests in this case or in any of the parties of which I am aware.

5. My statements in this declaration are based on my many years of knowledge and experience in the field of optics and image capture and display.

6. My professional and academic career has spanned more than 50 years. As set forth in my curriculum vitae, a copy of which is attached hereto as Exhibit 1, during these years I have gained extensive experience in optics and image capture and display.

7. I was awarded a Ph.D. degree in Physics in December 1977 from the University of California, Berkeley. I also received a Bachelor of Arts in Physics in June 1972 from Columbia University, New York.

8. Additional details of my work experience, awards and honors, patents I've been awarded in the field of optics and imaging, and publications that may be relevant to the opinions I am expressing, are set forth in my C.V. attached to the end of my declaration.

**Opinions**

9. I have been informed by counsel for Apple that ImmerVision has requested, and Apple has agreed to produce, Zemax Archive files representing the designs of the lenses of the Ultra Wide cameras accused of patent infringement in this case. Zemax Archive files, which use the file extension .ZAR, are specifically used with the Zemax OpticStudio software.

10. Zemax OpticStudio is an optical design software program that is widely used in the industry to design and analyze camera lenses and other imaging systems. Designing a camera lens in OpticStudio involves specifying many pieces of information, including, for example, the physical dimensions of the optical elements, their materials, and the overall layout of the lens. Such information may be stored in a variety of files and file

types, which may be compiled in a Zemax Archive file. Zemax Archive files "contain all of the files associated with a lens design in a single, compressed format."[1]

11. A Zemax Archive file typically contains all of the information a lens designer would need to model and test a fully functioning lens having the associated design. For instance, a Zemax Archive file would include information about the exact shapes, dimensions, and spacing of the optical elements in a lens, as well as the materials each element is made of and/or its optical properties.

12. Because of the detail provided by Zemax Archive files, a lens maker can use the information included in the file as a blueprint or instructions to fabricate the lens. Such information is commonly referred to as a lens "prescription" and is often the type of information provided to a lens supplier so they can manufacture a design for a customer.

13. A lens prescription stored in a Zemax Archive file typically contains much more detail about the lens's design and characteristics than schematics, specification, diagrams, or other technical documents. While other types of technical documents may describe some properties of a lens, they typically would not include all of the types of information included in a Zemax Archive file, do not provide the same level of detail as the lens's prescription, and would not enable a lens designer to model or reconstruct the lens in the way a Zemax Archive file would.

14. The design and fabrication of modern camera lenses is extremely precise so that the resulting lenses and cameras behave as intended and meet ever-increasing performance requirements. In mobile phones, the size of individual optical elements is on the order of millimeters. Very small differences in the curvature, size, or spacing of those elements can significantly degrade the lens's performance. While a Zemax Archive file precisely represents each lens element's design, a drawing or cross-sectional image shows it only approximately. As a result, it can be very difficult, if not impossible, to reverse engineer and commercially fabricate the design of a lens accurately from drawings or cross-sections alone, or even from the physical lens itself.

15. A well-performing modern camera lens is a valuable competitive asset in the imaging and the mobile device industries. Designing a well-performing modern camera lens is subtle and challenging, and frequently requires significant investment of time and resources. For example, a lens designer can select from hundreds of different glasses and plastics when creating a prescription for a lens,[2] and the lens's performance depends critically on which combinations of materials are selected. These different materials are all transparent to the native eye, they all look about the same, but they bend light differently. A photograph or a schematic cannot differentiate between them, while a Zemax Archive file will reveal each and every material that comprises a lens.

16. Furthermore, camera lenses used in modern mobile devices often have aspherical surfaces. Each such aspherical surface is usually represented by 5 or more numbers, compared to 1 number for a traditional spherical surface. This complexity makes such aspherical surfaces difficult to reverse engineer. However, a Zemax Archive file includes all of the information necessary to produce each aspherical surface, which may not be available in other types of technical documents or from examining the physical lens.

---

[1] https://support.zemax.com/hc/en-us/articles/1500005486681-Zemax-file-extensions.
[2] Known lens materials are available in catalogs or in lens design software such as Zemax OpticStudio.

17. For these reasons, it is my opinion that the lens prescriptions stored in Zemax Archives files would allow a person with knowledge of lens design and manufacture to fabricate the lenses that are the subject of those files because they contain all of the technical detail necessary to do so. Conversely, it would be extremely difficult, if not impossible, for a person with knowledge in the field to use technical documents which describe or depict the lenses but do not disclose their prescriptions (schematics, specifications, drawings, etc.) or even the lenses themselves to fabricate the lenses of Apple's Ultra Wide cameras.

18. I have been informed by counsel for Apple that the United States District Court for the District of Delaware has previously ruled that code that can be used to fabricate integrated circuit chips is "source code" that warrants heightened protection. As I explained above, unlike schematics, specifications, or a lens itself, a lens prescription saved in a Zemax Archive file enables a knowledgeable person to fabricate the associated lens, and is therefore akin to "source code" for an optical lens.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 12, 2023              By:

                                  _____
                                  Dr. Jack Feinberg

*EXHIBIT B*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMMERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1484-MN-CJB |
| IMMERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1570-MN-CJB |
| IMMERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> APPLE INC. <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 21-1733-MN-CJB |

**DECLARATION OF REGIS TESSIERES IN SUPPORT OF**
**DEFENDANT APPLE INC.'S LETTER REGARDING LENS DESIGN FILES**

I, Regis Tessieres, hereby declare as follows:

1.  I am over 18 years of age and competent to make this declaration. If called to testify as a witness in this matter, I could and would testify truthfully to each of the matters set forth below.

2.  I am a Senior Manager in Camera Optics Design at Apple.

3.  I have been employed by Apple since 2014. I have been in my current role since 2020.

4.  I have been informed that, in this case, ImmerVision has asserted that the Ultra Wide cameras on the iPhone 11 and later, and the iPad Pro 2021, infringe two of its patents.

5.  As part of my duties at Apple, I have knowledge about the electronic files and documents that include information about the designs of the Ultra Wide lenses at issue in this case, and how those files are kept in the ordinary course of business.

6.  The detailed designs of the Ultra Wide lenses, which can be provided to a supplier who will fabricate the lenses and are commonly referred to as lens prescriptions, result from years of research and development by multiple engineers and teams at Apple.

7.  Apple's proprietary lens prescriptions are stored in electronic files that are used with specialized optical design software such as Zemax OpticStudio. Such files include Zemax Archive files (.ZAR files), which compile multiple types of information associated with a lens prescription into one package.

8.  The Zemax Archive files for the Ultra Wide lenses detailed above are treated as highly sensitive and proprietary information within Apple and are subject to access controls beyond those generally applicable to all confidential or proprietary material. For instance, Zemax Archive files are stored in access-controlled repositories by the Camera Optics Design team. Access to such repositories is granted only on a need-to-know basis to a limited subset of Apple employees.

9.  Apple shares its lens prescriptions, including the Zemax Archive files I discussed above, with vendors who manufacture the lenses for Apple's devices only on an as-needed basis, and only to vendors who have contractual obligations to maintain the secrecy of Apple's lens prescriptions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 10, 2023     By:   _/s/ Regis Tessieres_____
                                Regis Tessieres

*EXHIBIT C*

| | |
|---|---|
| **From:** | John D. Simmons <JSimmons@panitchlaw.com> |
| **Sent:** | Friday, May 12, 2023 2:29 PM |
| **To:** | Shaun Zhang; Keith Jones |
| **Cc:** | Michael Pieja; Doug Winnard; Jennie Hartjes; Tiffany Steele; Palapura, Bindu A.; Moore, David E.; Dennis Butler |
| **Subject:** | Re: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple |

Shaun:

This is not going to work for us.  Let us know your availability for a follow-up meet-and-confer next week.

Have a good weekend.

Best regards,
John

_____
John D. Simmons
PANITCH SCHWARZE BELISARIO & NADEL LLP



Wells Fargo Tower
2200 Concord Pike, Suite 201
Wilmington, DE 19803
(302) 394-6030 Main
(302) 394-6001 Direct
(267) 679-3651 Cellular
jsimmons@panitchlaw.com

**From:** Shaun Zhang <szhang@goldmanismail.com>
**Date:** Wednesday, May 10, 2023 at 1:48 PM
**To:** Keith Jones <KJones@panitchlaw.com>, "John D. Simmons" <JSimmons@panitchlaw.com>
**Cc:** Michael Pieja <MPIEJA@goldmanismail.com>, Doug Winnard <dwinnard@goldmanismail.com>, Jennie Hartjes <jhartjes@goldmanismail.com>, Tiffany Steele <tsteele@goldmanismail.com>, "Palapura, Bindu A." <bpalapura@potteranderson.com>, "Moore, David E." <dmoore@potteranderson.com>, Dennis Butler <DButler@panitchlaw.com>
**Subject:** Re: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

**External Email:** USE CAUTION.

Hi Keith and John,

Attached for your consideration is a draft Supplemental Protective Order addressing source code and materials requiring similar protections. These protections would help facilitate Apple's production of its highly sensitive lens-design files for the accused lenses (e.g., Zemax files), as explained in my earlier email below.

We are happy to discuss any further questions or concerns on another meet and confer. Just let us know your thoughts when you've had a chance to review.

Best,
Shaun

**Shaun Zhang**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5994   **C** 202-709-8329   **F** 312.881.5191
goldmanismail.com

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

**From:** Keith Jones <KJones@panitchlaw.com>
**Date:** Wednesday, May 3, 2023 at 12:16 PM
**To:** Shaun Zhang <szhang@goldmanismail.com>, Michael Pieja <MPIEJA@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>, Jennie Hartjes <jhartjes@goldmanismail.com>, Palapura, Bindu A. <bpalapura@potteranderson.com>, Moore, David E. <dmoore@potteranderson.com>, Harper, Brandon R. <bharper@potteranderson.com>, John D. Simmons <JSimmons@panitchlaw.com>, Dennis Butler <DButler@panitchlaw.com>
**Subject:** RE: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

Thanks for the explanation, Shaun. We're likely to disagree that the files should be considered akin to source code, but we'll wait to see your proposal for the protocols before we cross that bridge.

**Keith Jones** | Panitch Schwarze Belisario & Nadel LLP | 215.965.1379

**From:** Shaun Zhang <szhang@goldmanismail.com>
**Sent:** Wednesday, May 3, 2023 12:05 PM
**To:** Keith Jones <KJones@panitchlaw.com>; Michael Pieja <MPIEJA@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>; Jennie Hartjes <jhartjes@goldmanismail.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moore, David E. <dmoore@potteranderson.com>; Harper, Brandon R. <bharper@potteranderson.com>; John D. Simmons <JSimmons@panitchlaw.com>; Dennis Butler <DButler@panitchlaw.com>
**Subject:** Re: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

**External Email:** USE CAUTION.

Hi Keith,

Thanks again for reaching out about this. As we noted in our March 27 production email, the gap in Bates numbers (i.e., the Bates range at issue here) was intentionally not used at this time. The slip sheets at these Bates numbers were inadvertently produced during a follow-up exchange.

For background, we have been working to identify and collect lens-design files associated with the accused Ultra Wide cameras (i.e., files viewable on Zemax OpticStudio). We had collected an initial batch of documents that we believed comprised these files, but it turned out that we were mistaken and the documents did not provide the necessary information and couldn't be loaded properly. However, those documents were automatically assigned Bates numbers by our vendor and kept in sequence while other documents were produced last month.

We are currently in the process of identifying and collecting the relevant design files for the accused lenses which will allow review on OpticStudio. We will provide a further update on this front when we are able. You will also be welcome to inspect the files that correspond to the slip sheets you asked about, but they will likely not provide helpful information.

Relatedly, given the sensitivity of the lens-design files, we believe such files should be subject to additional protections (similar to those used for source code) and produced on a secured computer. Because we had mutually decided to postpone discussion of source code production when we initially negotiated the protective order, the operative order does not include any provision for this. To that end, we will also circulate a proposed draft supplemental protective order with source code protocols for your consideration.

We're happy to discuss further by phone or Teams this week, if helpful. Just let us know.

Best,
Shaun

**Shaun Zhang**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5994   **C** 202-709-8329   **F** 312.881.5191
goldmanismail.com

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

---

**From:** Shaun Zhang <szhang@goldmanismail.com>
**Date:** Friday, April 28, 2023 at 1:33 PM
**To:** Keith Jones <KJones@panitchlaw.com>, Michael Pieja <MPIEJA@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>, Jennie Hartjes <jhartjes@goldmanismail.com>, Palapura, Bindu A. <bpalapura@potteranderson.com>, Moore, David E. <dmoore@potteranderson.com>, Harper, Brandon R. <bharper@potteranderson.com>, John D. Simmons <JSimmons@panitchlaw.com>, Dennis Butler <DButler@panitchlaw.com>
**Subject:** Re: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

Hi Keith,

Thanks for bringing this to our attention. We are investigating and will get back to you early next week.

Best,
Shaun

**Shaun Zhang**
200 South Wacker Dr., 22nd Floor, Chicago, IL 60606
**P** 312-881-5994   **C** 202-709-8329   **F** 312.881.5191
goldmanismail.com

**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**

**From:** Keith Jones <KJones@panitchlaw.com>
**Date:** Friday, April 28, 2023 at 11:45 AM
**To:** Michael Pieja <MPIEJA@goldmanismail.com>, Shaun Zhang <szhang@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>, Jennie Hartjes <jhartjes@goldmanismail.com>, Palapura, Bindu A. <bpalapura@potteranderson.com>, Moore, David E. <dmoore@potteranderson.com>, Harper, Brandon R. <bharper@potteranderson.com>, John D. Simmons <JSimmons@panitchlaw.com>, Dennis Butler <DButler@panitchlaw.com>
**Subject:** RE: Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

Michael and Shaun,

Just following up on my email below.

Thanks,

**Keith Jones** | Panitch Schwarze Belisario & Nadel LLP | 215.965.1379

**From:** Keith Jones
**Sent:** Friday, April 21, 2023 1:35 PM
**To:** Michael Pieja <MPIEJA@goldmanismail.com>; Shaun Zhang <szhang@goldmanismail.com>
**Cc:** Doug Winnard <dwinnard@goldmanismail.com>; Jennie Hartjes <jhartjes@goldmanismail.com>; Palapura, Bindu A. <bpalapura@potteranderson.com>; Moore, David E. <dmoore@potteranderson.com>; Harper, Brandon R. <bharper@potteranderson.com>; John D. Simmons <JSimmons@panitchlaw.com>; Dennis Butler <dbutler@panitchlaw.com>
**Subject:** Documents Produced at APL-IMV_00008397-452 - ImmerVision v Apple

Michael and Shaun,

Apple's documents produced at APL-IMV_00008397-452 appear to have been withheld and instead were produced with a slip sheet reading "This document has been produced on the source code machine." Can you give us a general description of the documents and let us know where and how we can view them?

As you probably remember, we agreed to postpone discussion of how to treat source code documents (Paragraph 10.c. of the Protective Order). In order for that discussion to be fruitful, we'll need to have an idea what is in the documents so that we can determine how it makes sense to proceed.

We're happy to discuss by phone or Teams if you think that makes more sense, and our schedules are pretty open next week.

Thanks!

**Keith Jones**
Panitch Schwarze Belisario & Nadel LLP
2001 Market Street, Suite 2800 | Philadelphia, PA 19103
2200 Concord Pike, Suite 201 | Wilmington, DE 19803
215.965.1379

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you received this communication in error, please notify us immediately by email and delete the original message.