**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1484-MN-CJB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1570-MN-CJB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1733-MN-CJB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE INC. | ) | |
| | ) | |
| Defendant. | ) | |

**APPLE INC.'S MOTION AND PROPOSED ORDER
GRANTING LIMITED EXEMPTION FROM THE
STANDING ORDER REGARDING PERSONAL ELECTRONIC DEVICES**

Apple Inc. respectfully requests an exemption from the Court's May 15, 2023 Standing Order entitled *In re: Procedures Regarding the Possession and Use of Cameras and Personal Devices by Visitors to the J. Caleb Boggs Federal Building and United States Courthouse* so that the following person may bring her personal electronic devices to the July 27, 2023 Claim Construction hearing in this matter: Natalie Pous ("In-House Counsel").

In-House Counsel is not in possession of her bar identification card and In-House Counsel will continue to be bound by Federal Rule of Criminal Procedure 53 and Local Civil Rule 83.2 prohibiting photographs or broadcasting.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Michael T. Pieja<br>Doug Winnard<br>Shaun Zhang<br>Jennifer M. Hartjes<br>GOLDMAN ISMAIL TOMASELLI BRENNAN<br>  & BAUM LLP<br>200 South Wacker Drive, 22nd Floor<br>Chicago, IL 60606<br>Tel: (312) 681-6000<br><br>Kenneth A. Kuwayti<br>MORRISON & FOERSTER LLP<br>755 Page Mill Road<br>Palo Alto, CA 94304<br>Tel: (650) 813-5600<br><br>Karina N. Pundeff<br>MORRISON & FOERSTER LLP<br>12531 High Bluff Drive, Suite 100<br>San Diego, CA 92130<br>Tel: (858) 720-5100<br><br>Dated: July 25, 2023<br>10930931 / 12209.00047 | Respectfully submitted,<br><br>POTTER ANDERSON & CORROON LLP<br><br>By: */s/ Bindu A. Palapura*<br>    David E. Moore (#3983)<br>    Bindu A. Palapura (#5370)<br>    Andrew L. Brown (#6766)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19801<br>    Tel: (302) 984-6000<br>    dmoore@potteranderson.com<br>    bpalapura@potteranderson.com<br>    abrown@potteranderson.com<br><br>*Attorneys for Defendant Apple Inc.* |

IT IS SO ORDERED, this  25th  day of July 2023.

*Christopher J. Burke*
U.S.D.J.