

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000
www.potteranderson.com

David E. Moore
Partner
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone

August 7, 2023

**VIA ELECTRONIC-FILING**

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    *ImmerVision, Inc. v. Apple Inc.*, C.A. No. 21-01484-MN-CJB
                *ImmerVision, Inc. v. Apple Inc.*, C.A. No. 21-01570-MN-CJB
                *ImmerVision, Inc. v. Apple Inc.*, C.A. No. 21-01733-MN-CJB

Dear Judge Burke:

Pursuant to Paragraph 16 of the Court's June 21, 2022, Scheduling Order (D.I. 26)[1], the parties respectfully submit the following Joint Interim Status Report on the nature of the matters in issue and the progress of discovery to date.

**I.    Procedural History**

The parties have provided their initial contentions pursuant to the Scheduling Order as well as certain written discovery. A *Markman* hearing was held on July 27, 2023. Final infringement contentions are due September 25, 2023, and final invalidity contentions are due October 25, 2023. Fact discovery closes December 15, 2023.

**II.    Pending Motions**

There are four pending motions before this Court:

1.    Defendant Apple Inc.'s Motion for Leave to Amend Answer (D.I. 79, 80 (C.A. No. 21-1570-MN-CJB)). This motion has been fully briefed (D.I. 82, 88).

2.    Plaintiff ImmerVision, Inc.'s Motion for Leave to File Supplemental Complaint (D.I. 85, 86 (C.A. No. 21-1570-MN-CJB)). This motion has been fully briefed (D.I. 96, 103).

3.    Defendant Apple Inc.'s Request for Order Directing Venson M. Shaw and Steven M. Shaw Show Cause (D.I. 80). This request has been fully briefed (D.I. 85, 93, 94). Apple and the Shaws have submitted a joint motion seeking resolution of this request (D.I. 97).

---

[1] All docket citations refer to C.A. No. 21-1484-MN-CJB unless noted otherwise.

       4.     Defendant Apple Inc.'s Motion for Judgment on the Pleadings (D.I. 110, 111 (C.A. No. 21-1484-MN-CJB)). This motion has been fully briefed (D.I. 123, 128). The parties have submitted requests for oral argument (D.I. 124, 129). Oral argument has not been set.

### III. Patent Office Proceedings

The Patent Trial and Appeal Board has recently instituted two *inter partes* reviews challenging the asserted patents in this case:

       1.     IPR2023-00471 challenging the claims of the patent that are asserted in C.A. No. 21-1733-MN-CJB (U.S. Patent No. 6,844,990). Instituted July 11, 2023. ImmerVision filed a Request for Rehearing of the institution decision on July 21, 2023.

       2.     IPR2023-00472 challenging the claims of the patent that are asserted in C.A. No. 21-1570-MN-CJB (U.S. Patent No. 10,795,120). Instituted August 1, 2023.

### IV. Progress of Discovery to Date

The Parties have substantially completed written discovery and are cooperating to try to resolve any outstanding issues. Depositions are not yet scheduled, but the Parties expect to complete depositions by the December 15, 2023 close of fact discovery. The Parties also do not currently anticipate difficulties in keeping these consolidated cases on schedule.

We are available to address any questions or concerns at the Court's convenience.

                                                Respectfully,

| | |
|---|---|
| Potter Anderson & Corroon LLP | Panitch Schwarze Belisario & Nadel LLP |
| /s/ *David E. Moore* | /s/ *John D. Simmons* |
| David E. Moore (#3983) | John D. Simmons (#5996) |
| 1313 N. Market Street, 6th Floor | 2200 Concord Pike, Suite 201 |
| Wilmington, DE 19801-6108 | Wilmington, DE 19803 |
| Telephone: (302) 984-6147 | Telephone: (302) 394-6001 |
| dmoore@potteranderson.com | jsimmons@panitchlaw.com |
| *Counsel for Defendant, Apple Inc.* | *Counsel for Plaintiff, ImmerVision, Inc.* |

DEM:nmt/10955273/12209.00047

cc:     Clerk of Court (via hand delivery)
          Counsel of Record (via electronic mail)