# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1484-MN-CJB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1570-MN-CJB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| IMMERVISION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 21-1733-MN-CJB |
| | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| APPLE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION AND [*PROPOSED*] ORDER STAYING CASES PENDING RESOLUTION OF DISPUTES IN RELATED ACTIONS**

Subject to the approval of the Court, Plaintiff ImmerVision, Inc. ("ImmerVision") and Defendant Apple Inc. ("Apple") hereby stipulate as follows:

WHEREAS, Apple filed petitions for *inter partes* review of all patent claims asserted in the -1570 and -1733 actions, captioned above;

WHEREAS, on July 11, 2023, the PTAB instituted *inter partes* review of all claims at issue in the above-captioned -1733 action (*Apple Inc. v. ImmerVision, Inc.*, IPR2023-00471 (PTAB July 11, 2023));

WHEREAS, on August 1, 2023, the PTAB instituted *inter partes* review of all claims at issue in the above-captioned -1570 action (*Apple Inc. v. ImmerVision, Inc.*, IPR2023-00472 (PTAB Aug. 1, 2023));

WHEREAS, Apple has filed a motion to stay each of the above-captioned actions pending resolutions of these IPRs (D.I. 147, 148, 155)[1];

WHEREAS, ImmerVision agrees the -1570 and -1733 actions should be stayed, but opposes Apple's motion with respect to staying the -1484 action (D.I. 151);

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for ImmerVision and Apple, subject to the approval of the Court, that the above-referenced -1570 and -1733 actions against Apple are stayed pending issuance of final written decisions in the pending IPR2023-00471 and IPR2023-00472. Within fourteen (14) days from the issuance of the later of such decisions, the parties shall file a joint notice advising the Court of how they intend to proceed in view of those resolutions. Unless otherwise agreed by the parties or ordered by the Court, any deadlines to respond to outstanding discovery requests issued in the -1570 and -1733 actions will be 30 days from the filing date of such notice. Apple's motion to stay with respect to the -1484 action, for which the Court has set a videoconference to hear argument on October 16, 2023 (D.I. 156), is not subject to this stipulation.

---

[1] All docket citations are to the -1484 action unless otherwise noted.

| | |
|---|---|
| PANITCH SCHWARZE BELISARIO & NADEL LLP | POTTER ANDERSON & CORROON LLP |
| By: */s/ Keith A. Jones* <br> John D. Simmons (#5996) <br> Dennis J. Butler (#5981) <br> Keith A. Jones (#7011) <br> Wells Fargo Tower <br> 2200 Concord Pike, Suite 201 <br> Wilmington, DE 19803 <br> Telephone: (302) 394-6030 <br> jsimmons@panitchlaw.com <br> dbutler@panitchlaw.com <br> kjones@panitchlaw.com <br><br> *Attorneys for Plaintiff ImmerVision, Inc.* | By: */s/ Bindu A. Palapura* <br> David E. Moore (#3983) <br> Bindu A. Palapura (#5370) <br> Andrew L. Brown (#6766) <br> Hercules Plaza, 6th Floor <br> 1313 N. Market Street <br> Wilmington, DE 19801 <br> Tel: (302) 984-6000 <br> dmoore@potteranderson.com <br> bpalapura@potteranderson.com <br> abrown@potteranderson.com <br><br> OF COUNSEL: <br><br> Michael T. Pieja <br> Doug Winnard <br> Shaun Zhang <br> Jennifer M. Hartjes <br> GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP <br> 200 South Wacker Drive, 22nd Floor <br> Chicago, IL 60606 <br> Tel: (312) 681-6000 <br><br> Kenneth A. Kuwayti <br> MORRISON & FOERSTER LLP <br> 755 Page Mill Road <br> Palo Alto, CA 94304 <br> Tel: (650) 813-5600 <br><br> Karina N. Pundeff <br> MORRISON & FOERSTER LLP <br> 12531 High Bluff Drive, Suite 100 <br> San Diego, CA 92130 <br> Tel: (858) 720-5100 |
| Dated: October 4, 2023 <br> 11093124 | *Attorneys for Defendant Apple Inc.* |

IT IS SO ORDERED, this _____ day of _____, 2023.

_____
United States Magistrate Judge

3